■ DIANE WARME, as Administratrix of the Estate of RAYMOND WARME, Deceased, Appellant, v CITY OF NEW YORK et al., Respondents. [932 NYS2d 690]—

Plaintiff's opening statement, or her proffer of proof thereafter failed to set forth a prima facie case of negligence against defendants (*see Ortiz v City of New York*, 39 AD3d 359, 359 [2007], *lv denied* 9 NY3d 803 [2007]).

The trial court providently exercised its discretion in refusing to recuse itself, as there was no showing of bias (*Ronald S. v Lucille Diamond S.*, 45 AD3d 295, 297 [2007]). Concur—Andrias, J.P., Friedman, DeGrasse, Freedman and Manzanet-Daniels, JJ.